ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Herman Carlee McMillian
Social Security Claim
Number redacted (4950)
Plaintiff,

[Insert full name of plaintiff/prisoner]

PRO SE OFFICE

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

CV 16 00869

JURY DEMAND
YES ✓   NO ____

-against-

Superintendent Harold
Graham, Correctional
Officer David Watters,
District Attorney Robert
Thomas Johnson

GLEESON, J.

GO, M.J.

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Herman Carlee McMillian

If you are incarcerated, provide the name of the facility and address:

Auburn Correctional Facility
P.O. Box 618
Auburn New York 13024

Prisoner ID Number: 90T3238

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____


**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: Daniel Walters

Job Title: Correction Officer

Address: Auburn Correctional Facility, Auburn New York 13024 P.O. Box 618

Defendant No. 2

Full Name: Superintendent Harold

Job Title: Graham

Address: ~~Robert Thomas Johnson~~ ~~District Attorney of Bronx County~~

Defendant No. 3

Full Name: Robert Thomas Johnson

Job Title: District Attorney of Bronx County

2

Address _____

Defendant No. 4

Full Name _____

Job Title _____

Address _____

Defendant No. 5

Full Name _____

Job Title _____

Address _____

## II.   Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _Auburn Correctional Facility, P.O. Box 618, Auburn, New York 13024_

When did the events happen? (include approximate time and date) _Jan 28, 2016 About 10:45 AM_

**Facts: (what happened?)** On or about 10:45 Am Jan:28-2016 Thursday Morning, I was Attacked in Auburn Correctional Facility. I was attacked by officer David Walters because He Braught this paper to the cell saying that I was A rappist (sic) and A Molester A Child Molester. I spat on the paper. Since the paper was address to me and I spat on the paper (it was my paper). The guard David Walters took exception to this act and attacked me. He busted my lip open after Stricking me twice or four times of course. I had no intention of fighting with this officer.

Even though I sued him. I have I have no intention of Making matters worse than they already are. Or making more trouble for myself.

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I have already told this officer I sued him. So he has Motive to attack me. Surely this is assualt. My lip was busted pretty bad it was the upper left. I own so days left on the sentence I don't need parole or time Allowance. I Don't Have any more days left on the sentence.

Surely M. Millian is under immenent danger of serious Physical injury and the officers refused me medical attention. I asked the sargent at the messhall, and the sergent in the Block hay. Both refused me medical attention. I asked the officer in the Block he to refused me medical attention. It is easy to see that they are all turned against me. I must reason my self to Filing my lawsuits about what happened to me at auburn correctional Facility. The Guard have no evidence to support there allejation in regard to these Charges, totally unsupported with any evidence. If Guard get all up in to my face calling me Hy names unsupported with any evidence What so ever.

Surely I am not trying to invite more trouble. But I spat on that paper if that action made this evil Correction Guard attack me I must admit the gugrd was wrong, I was in error spitting on that paper But is that a good reason to attack me By striking me in my Face causing my left upper lip to be serverely injured since there is no Evidence in this case And I am taking the Fifth amendment against self-incrimination, there is no justification For such an attack. This is just a Eight amendment Violation of M. Millian's Constitutional Rights.

and refusing me medical attention

III. **Relief:** State what relief you are seeking if you prevail on your complaint.

As to all violations an award of damages against Correctional officer David Walters Superintendent Graham Et al is app responsible for these assaults on M. Millian This out and out torture involving, involving the alleged deprivation of Plaintiff constitutional & individual and official capacity in an amount of $77,000,000,000,000.00

Plus and disbursement of this action including Attorney fees Pursuant 42 USC § Section 1983 and other relief for M. Millian which to this court seems just and paper as well as punitive damages

I declare under penalty of perjury that on _____, I delivered this
(date)
complaint to prison authorities at _____ to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____
Signature of Plaintiff

_____
Name of Prison Facility or Address if not incarcerated

_____
Address

_____
Prisoner ID#

rev. 12/1/2015

5